IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| EARL H. SWAN, JR. | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 3:20-cv-00709-DPJ-FKB |
| DELTA FOOT CLINICS, INC.; BRYAN E. SHOCKLEY and JOHN OR JANE DOES 1-10 | DEFENDANTS |

## VERDICT FORM

1. Do you find Earl H. Swan, Jr. has proven the elements of his medical negligence claim by a preponderance of the evidence as to Bryan E. Shockley in 2013?

   _____ Yes        \_\_\_\_X_____ No

Proceed to question 2.

2. Do you find Earl H. Swan, Jr. has proven the elements of his medical negligence claim by a preponderance of the evidence as to Bryan E. Shockley in 2018?

   _____ Yes        \_\_\_\_X_____ No

If you answered "Yes," to either question 1 or question 2, proceed to question 3. If you answered "No" to both, go no further and have the foreperson sign and date this form.

3. What sum of money, if paid now in cash, would fairly and reasonably compensate Earl H. Swan for his damages, if any, caused by the medical negligence?

Economic Damages        $_____

Non-Economic Damages    $_____

Total                   $_____


Foreperson

___7/21/22_____
Date